Filed
D.C. Superior Court
03/02/2020 13:08PM
Clerk of the Court

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

ERIE INSURANCE COMPANY A/S/O :
CONSTANCE DREW :
100 Erie Insurance Place :
Erie, PA 16530 :
        Plaintiff, :   NO. _____
                     :
v. :
                     :
W.M. BARR & COMPANY, INC. :
6750 Lenox Center Court, Suite 200 :
Memphis, TN 38115-4281 :
                     :
  And :
                     :
WEIMAN PRODUCTS LLC :
755 Tri-State Parkway :
Gurnee, IL 60603 :
                     :
Registered Agent: Alexander B. Young :
233 S. Wacker Drive, Suite 7100 :
Chicago, IL 60606 :
                     :
  And :
                     :
UPTOWN OFFICE INC. D/B/A :
ROBERT GREEN :
2903 Georgia Ave NW :
Washington, DC 20001 :

        Defendants.

## **COMPLAINT**

    Plaintiff, Erie Insurance Company a/s/o Constance Drew, by and through its counsel,

Mark J. Stiller, and Niles, Barton & Wilmer, LLP, hereby alleges as follows:

## PARTIES

1.      Plaintiff, Erie Insurance Company a/s/o Constance Drew (hereinafter "Erie"), is a corporation organized and existing under and by virtue of the laws of the Commonwealth of Pennsylvania with its principal place of business located at 100 Erie Insurance Place, Erie Pennsylvania.

2.      At all times relevant hereto, Erie engaged in the business of, among other things, underwriting property insurance and was authorized to conduct business in the District of Columbia.

3.      At all times relevant herein, Erie issued a policy of insurance to Constance Drew (hereinafter "Drew") that covered real and personal property located at 55 Franklin St NE Washington, DC 20001 (hereinafter "Property").

4.      Defendant, W.M. Barr & Company, Inc. (hereinafter "Barr"),  is a corporation organized and existing under the State of Tennessee with a principal place of business located at 6750 Lenox Center Court, Suite 200, Memphis, TN 38115-4281.

5.      At all times relevant hereto, Barr engaged in the business of, among other things, manufacturing commercial and residential cleaning products, including Klean Strip Acetone.

6.      Defendant, Weiman Products LLC (hereinafter "Weiman"), is a limited liability company organized and existing under the State of Delaware with a principal place of business located at 755 Tri-State Parkway, Gurnee, IL 60603  and a registered agent listed as Alexander B. Young, 233 S. Wacker Drive, Suite 7100, Chicago, IL 60606

7.      At all times relevant hereto, Weiman engaged in the business of, among other things, manufacturing commercial and residential cleaning products, including Goo Gone 24oz Original Spray Gel.

8.      Defendant, Uptown Office Inc. d/b/a Robert Green (hereinafter "Green"), is a sole proprietor with a principal place of business located at2 903 Georgia Ave NW, Washington, DC 20001.

9.      At all times relevant hereto, Green was in the business of, among other things, performing residential construction and renovation projects.

### FACTS COMMON TO ALL COUNTS

10.      On or about to June 28, 2018, Drew retained Green to repair an interior wall and exterior wall at the Property as a result of exterior leak.

11.      Upon information and belief, once the leak was repaired, Green coated the interior wall with exterior epoxy not for indoor use and then framed, dry walled and painted walls.

12.      Further, upon information and belief, Green used Klean Strip Acetone manufactured by Barr and Goo Gone 24oz Original Spray Gel manufactured by Weiman to clean up the epoxy that was on the floor at the Property.

13.      While cleaning up, Green noticed a flame and then an explosion occurred.

14.      As a result of the explosion on June 28, 2018, the Property sustained damages to the recently made repairs and windows that were blown out.

15.      As a direct and proximate result of the explosion, Drew sustained real and personal property losses and damages in the amount of $149,352.19.

16.      Pursuant to its policy of insurance with its insured, Erie has paid to its insured, and on its behalf, in the amount of $149,352.19 and has become subrogated to the rights of insured to the extent of such payments.

## COUNT I – NEGLIGENCE
## ERIE v. BARR

17.    Plaintiff incorporates by reference all preceding paragraphs of this Complaint the same as if fully set forth hereinafter.

18.    The above-described explosion resulted solely from the negligence, carelessness, and recklessness of Barr.

19.    Barr had a duty to persons such as Plaintiff's insured to exercise due care in the manufacturing and application instructions and guidelines of the Klean Strip Acetone so as to avoid causing losses and other damages.

20.    The explosion loss of June 28, 2018, and the resultant damages were caused by the negligence and negligent acts and/or omissions of Barr as follows:

a)  Failing to properly manufacture the Klean Strip Acetone;

b)  Failing to provide detailed application instructions and guidelines for Klean Strip Acetone;

c)  Providing improper instructions with the Klean Strip Acetone;

d)  Providing insufficient instructions regarding the utilization of Klean Strip Acetone;

e)  Failing to warn of the dangers of fire and explosion when using Klean Strip Acetone;

f)  Failing to warn of the dangers of using Klean Strip Acetone indoors;

g)  Failing to warn of the need to properly ventilate when using Klean Strip Aceteone; and

h)  Failing to warn about the dangers of using Klean Strip Acetone near an open flame.

4

21.     By virtue of the above-referenced conduct, acts and/or omissions, Barr breached its duty of care to Plaintiff's insured.

22.     The explosion loss of June 28, 2018 was a direct and proximate result of Barr's careless and negligent conduct, acts and/or omissions as averred above.

23.     As a direct and proximate result of the explosion loss, Drew sustained real and personal property losses and damages in the amount of $149,352.19.

24.     As a result of the explosion loss, Plaintiff, Erie, has made payments in the amount of $149,352.19 to its insured, Drew, in accordance with the terms and conditions of its insurance agreement with Drew.

25.     By virtue of its payments to Drew in accordance with the terms and conditions of the aforementioned insurance policy, Plaintiff, Erie, is now subrogated to Drew's rights of recovery to the extent of payments made.

WHEREFORE, Plaintiff demands judgment in her favor and against Barr in the amount of $149,352.19, together with interests, costs, and such other relief as this Honorable Court deems just and proper under the circumstances.

## COUNT II – NEGLIGENCE
## ERIE v. WEIMAN

26.     Plaintiff incorporates by reference all preceding paragraphs of this Complaint the same as if fully set forth hereinafter.

27.     The above-described fire loss resulted from the negligence, carelessness, and recklessness of Weiman.

28.     Weiman had a duty to persons such as Plaintiff's insured to exercise due care in the manufacturing and application instructions and guidelines of the Goo Gone 24oz Original Spray Gel so as to avoid causing losses and other damages.

29.    The explosion loss of June 28, 2018, and the resultant damages were caused by the negligence and negligent acts and/or omissions of Weiman as follows:

a)  Failing to properly manufacture the Goo Gone 24oz Original Spray Gel;

b)  Failing to provide detailed application instructions and guidelines for Goo Gone 24oz Original Spray Gel;

c)  Providing improper instructions with the Goo Gone 24oz Original Spray Gel;

d)  Providing insufficient instructions regarding the utilization of Goo Gone 24oz Original Spray Gel;

e)  Failing to warn of the dangers of fire and explosion when using Goo Gone 24oz Original Spray Gel;

f)  Failing to warn of the dangers of using Goo Gone 24oz Original Spray Gel indoors;

g)  Failing to warn of the need to properly ventilate when using Goo Gone 24oz Original Spray Gel; and

h)  Failing to warn about the dangers of using Goo Gone 24oz Original Spray Gel near an open flame.

30.    By virtue of the above-referenced conduct, acts and/or omissions, Weiman breached its duty of care to Plaintiff's insured.

31.    The explosion loss of June 28, 2018 was a direct and proximate result of Weiman's careless and negligent conduct, acts and/or omissions as averred above.

32.    As a direct and proximate result of the explosion loss, Drew sustained real and personal property losses and damages in the amount of $149,352.19.

33.     As a result of the explosion loss, Plaintiff, Erie, has made payments in the amount of $149,352.19 to its insured, Drew, in accordance with the terms and conditions of its insurance agreement with Drew.

34.     By virtue of its payments to Drew in accordance with the terms and conditions of the aforementioned insurance policy, Plaintiff, Erie, is now subrogated to Drew's rights of recovery to the extent of payments made.

WHEREFORE, Plaintiff demands judgment in her favor and against Weiman in the amount of $149,352.19, together with interests, costs, and such other relief as this Honorable Court deems just and proper under the circumstances.

## COUNT III – NEGLIGENCE
## ERIE v. GREEN

35.     Plaintiff incorporates by reference all preceding paragraphs of this Complaint the same as if fully set forth hereinafter.

36.     The above-described fire loss resulted solely from the negligence, carelessness, and recklessness of Green.

37.     Green had a duty to persons such as Plaintiff's insured to exercise due care in the repairs, use and application of the Klean Strip Acetone and Goo Gone 24oz Original Spray Gel so as to avoid causing losses and other damages.

38.     The explosion loss of June 28, 2018, and the resultant damages were caused by the negligence and negligent acts and/or omissions of Green as follows:

a) Failing to properly use and apply the Klean Strip Acetone at the Property;

b) Failing to properly use and apply the Goo Gone 24oz Original Spray Gel at the Property;

c) Failing to use the correct products to perform the repairs at the Property;

7

    d) Failing to read, know, understand and follow the instructions for using the Goo Gone 24oz Original Spray Gel at the Property;

    e) Failing to read, know, understand and follow the instructions for using the Klean Strip Acetone at the Property;

    f) Failing to properly ventilate the work area at the Property; and

    g) Using chemicals, explosive and/or flammable products on or near an open flame, electrical components and other sources of heat and sparks at the Proprety.

39. By virtue of the above-referenced conduct, acts and/or omissions, Green breached its duty of care to Plaintiff's insured.

40. The explosion loss of June 28, 2018 was a direct and proximate result of Green's careless and negligent conduct, acts and/or omissions as averred above.

41. As a direct and proximate result of the explosion loss, Drew sustained real and personal property losses and damages in the amount of $149,352.19.

42. As a result of the explosion loss, Plaintiff, Erie, has made payments in the amount of $149,352.19 to its insured, Drew, in accordance with the terms and conditions of its insurance agreement with Drew.

43. By virtue of its payments to Drew in accordance with the terms and conditions of the aforementioned insurance policy, Plaintiff, Erie, is now subrogated to Drew's rights of recovery to the extent of payments made.

WHEREFORE, Plaintiff demands judgment in her favor and against Green in the amount of $149,352.19, together with interests, costs, and such other relief as this Honorable Court deems just and proper under the circumstances.

## COUNT IV – BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE
### ERIE v. BARR

44.     Plaintiff incorporates by reference all preceding paragraphs of this Complaint the same as if fully set forth hereinafter.

45.     Barr implied that the Klean Strip Acetone would be manufactured in with the necessary knowledge, skill, care and ability for use as Acetone.

46.     Barr breached this agreement when it improperly manufactured, distributed and/or sold the Klean Strip Acetone.

47.     Barr, by and through its agents, workmen and employees, was entrusted to manufacture, distribute and/or sell the Klean Strip Acetone.

48.     Plaintiff relied on Barr's skill, judgment and implied warranty of fitness for a particular purpose, as well as the other warranties made by Barr, with respect to the Klean Strip Acetone.

49.     Barr, by and through its agents, workmen and employees, breached the above-mentioned implied warranty of fitness for a particular purpose by failing to properly manufacture, distribute and/or sell the Klean Strip Acetone with all necessary and proper warnings and instructions.

50.     As a direct and proximate result of the explosion loss, Drew sustained real and personal property losses and damages in the amount of $149,352.19.

51.     As a result of the explosion loss, Plaintiff, Erie, has made payments in the amount of $149,352.19 to its insured, Drew, in accordance with the terms and conditions of its insurance agreement with Drew.

52.     By virtue of its payments to Drew in accordance with the terms and conditions of the aforementioned insurance policy, Plaintiff, Erie, is now subrogated to Drew's rights of recovery to the extent of payments made.

WHEREFORE, Plaintiff demands judgment in her favor and against Barr in the amount of $149,352.19, together with interests, costs, and such other relief as this Honorable Court deems just and proper under the circumstances.

## COUNT V – BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE
### ERIE v. WEIMAN

53.     Plaintiff incorporates by reference all preceding paragraphs of this Complaint the same as if fully set forth hereinafter.

54.     Weiman implied that the Goo Gone 24oz Original Spray Gel would be manufactured with the necessary knowledge, skill, care and ability.

55.     Weiman breached this agreement when it improperly manufactured, distributed and/or sold the Goo Gone 24oz Original Spray Gel.

56.     Weiman, by and through its agents, workmen and employees, was entrusted to manufacture, distribute and/or sell the Goo Gone 24oz Original Spray Gel.

57.     Plaintiff relied on Weiman's skill, judgment and implied warranty of fitness for a particular purpose, as well as the other warranties made by Weiman, with respect to the Goo Gone 24oz Original Spray Gel.

58.     Weiman, by and through its agents, workmen and employees, breached the above-mentioned implied warranty of fitness for a particular purpose by failing to properly manufacture, distribute and/or sell the Goo Gone 24oz Original Spray Gel with all necessary and proper warnings and instructions.

59.     As a direct and proximate result of the explosion loss, Drew sustained real and personal property losses and damages in the amount of $149,352.19.

60.     As a result of the explosion loss, Plaintiff, Erie, has made payments in the amount of $149,352.19 to its insured, Drew, in accordance with the terms and conditions of its insurance agreement with Drew.

61.     By virtue of its payments to Drew in accordance with the terms and conditions of the aforementioned insurance policy, Plaintiff, Erie, is now subrogated to Drew's rights of recovery to the extent of payments made.

WHEREFORE, Plaintiff demands judgment in her favor and against Weiman in the amount of $149,352.19, together with interests, costs, and such other relief as this Honorable Court deems just and proper under the circumstances.

## COUNT VI – BREACH OF WARRANTY
## ERIE v. GREEN

62.     Plaintiff incorporates by reference all preceding paragraphs of this Complaint the same as if fully set forth hereinafter.

63.     Green implied that the repair work would be performed in a workmanlike manner and with the necessary knowledge, skill, care and ability.

64.     Green breached this agreement when he improperly performed the repair work at the Property.

65.     Green, by and through its agents, workmen and employees, was entrusted to perform the repair work at the Property.

66.     Plaintiff relied on Green's skill, judgment and implied warranty of workmanlike performance, as well as the other warranties made by Green, with respect to the repair work at the Property.

67.     Green, by and through its agents, workmen and employees, breached the above-mentioned express and/or implied warranty of workmanlike performance by failing to properly apply and utilize the Klean Strip Acetone and the Goo Gone 24oz Original Spray Gel.

68.     As a direct and proximate result of the explosion loss, Drew sustained real and personal property losses and damages in the amount of $149,352.19.

69.     As a result of the explosion loss, Plaintiff, Erie, has made payments in the amount of $149,352.19 to its insured, Drew, in accordance with the terms and conditions of its insurance agreement with Drew.

70.     By virtue of its payments to Drew in accordance with the terms and conditions of the aforementioned insurance policy, Plaintiff, Erie, is now subrogated to Drew's rights of recovery to the extent of payments made.

WHEREFORE, Plaintiff demands judgment in her favor and against Green in the amount of $149,352.19, together with interests, costs, and such other relief as this Honorable Court deems just and proper under the circumstances.

### **DEMAND FOR JURY TRIAL**

Plaintiff demands for this matter to be tried before a jury.

/s/ *Mark J. Stiller* _____
Mark J. Stiller, Esquire

Dated: March 2, 2020          Respectfully submitted,


BY:   */s/ Mark J. Stiller*
           Mark J. Stiller**,** Esquire (#1007540)
           Niles, Barton & Wilmer, LLC
           111 S. Calvert Street, Suite 1400
           Baltimore, Maryland 21202
           Tel.: 410-783-6361
           Fax.: 410-783-6491
           mjstiller@nilesbarton.com
           *Counsel for Plaintiff*

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

ERIE INSURANCE COMPANY
A/S/O CONSTANCE DREW

Case Number: _____

Date: March 2, 2020

vs

W.M. BARR & COMPANY, INC., et al.

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>Mark J. Stiller, Esq. | Relationship to Lawsuit |
| Firm Name:<br>Niles, Barton & Wilmer, LLP | ☒ Attorney for Plaintiff |
| Telephone No.:        Six digit Unified Bar No.:<br>(410) 783-6361        (#1007540) | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury        ☒ 6 Person Jury        ☐ 12 Person Jury
Demand: $ 149,352.19        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

---

NATURE OF SUIT:        *(Check One Box Only)*

**A. CONTRACTS**                                    **COLLECTION CASES**

☐ 01 Breach of Contract            ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty            ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument         ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                  Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination     ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees              Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                                   ☐ 28 Motion to Confirm Arbitration
                                        Award (Collection Cases Only)

---

**B. PROPERTY TORTS**

☐ 01 Automobile                    ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion                    ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process              ☐ 10 Invasion of Privacy               ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection       ☐ 11 Libel and Slander                      Not Malpractice)
☐ 03 Assault and Battery           ☐ 12 Malicious Interference            ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury   ☐ 13 Malicious Prosecution            ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 14 Malpractice Legal                ☐ 20 Friendly Suit
☐ 06 False Accusation              ☐ 15 Malpractice Medical (Including Wrongful Death)    ☐ 21 Asbestos
☐ 07 False Arrest                  ☒ 16 Negligence- (Not Automobile,     ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                              Not Malpractice)                 ☐ 23 Tobacco
                                                                          ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE        IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-1 (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

March 2, 2020
_____
Date

Case No.
Exhibit A
Page 15

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

ERIE INSURANCE CO. A/S/O CONSTANCE DREW
_____
Plaintiff

vs.
                                                                    Case Number _____

UPTOWN OFFICE INC., D/B/A ROBERT GREEN
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Mark J. Stiller, Esq. (#1007540)                        *Clerk of the Court*
_____
Name of Plaintiff's Attorney
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Ste. 1400                   By _____
Address                                                              Deputy Clerk
Baltimore, Maryland 21202

(410) 783-6361                                            Date _____
Telephone
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828를 전화주세요       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección

Subsecretario

_____

Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화 주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

ERIE INSURANCE CO. A/S/O CONSTANCE DREW
_____
                                                        Plaintiff

                        vs.

                                                                    Case Number  _____

WEIMAN PRODUCTS, LLC
_____
                                                        Defendant

### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Mark J. Stiller, Esq. (#1007540)
_____                    _Clerk of the Court_
Name of Plaintiff's Attorney
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Ste. 1400                                    By _____
Address                                                                          Deputy Clerk
Baltimore, Maryland 21202

(410) 783-6361                                                          Date _____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주세요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828        ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                Super. Ct. Civ. R. 4

                                                                                        Case No.
                                                                                        Exhibit A
                                                                                        Page 18




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

Por: _____
_____                    Subsecretario
Dirección

_____

Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                           Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

ERIE INSURANCE CO. A/S/O CONSTANCE DREW
_____
                                  Plaintiff

vs.
                                                              Case Number _____

W.M. BARR & COMPANY, INC.
_____
                                  Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Mark J. Stiller, Esq. (#1007540)                               _Clerk of the Court_
_____
Name of Plaintiff's Attorney
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Ste. 1400                 By _____
_____
Address                                                             Deputy Clerk
Baltimore, Maryland 21202
_____

(410) 783-6361                                        Date _____
_____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828   ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                      Case No.
                                                                                      Exhibit A Av. R. 4
                                                                                      Page 20




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____        *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____        Por: _____
Dirección                                                              Subsecretario

_____
                                                              Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
만약 번역을 원하시면 (202) 879-4828 로 연락하십시오.       የአማርኛ ትርጉም ለማግኘት፣ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4